UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NYAB COLLECTION, INC. doing business as ROYAL JEWELERS, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:17-CV-1771-G |
| GREAT AMERICAN INSURANCE GROUP doing business as GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, | ) ) ) ) ) ) | |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL

The parties' agreed motion to dismiss with prejudice (docket entry 22) is **GRANTED**.

Pursuant to F.R. Civ. P. 41(a), the court finds that all matters in controversy between the parties have been fully and finally resolved and settled between plaintiff and defendant, the above-entitled and numbered action is **DISMISSED** with prejudice to refiling in any form, with all costs of court and attorneys' fees taxed to the party incurring same.

**SO ORDERED**.

February 7, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**